Erica J. Stutman, Esq.
Nevada Bar No. 10794
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: estutman@swlaw.com
        jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WALKER and CHARLENE WALKER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK including WELLS FARGO COMPANY, N.A.<br><br>Defendant. | CASE NO.: 2:19-cv-00486-RFB-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT TO JUNE 3, 2019**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Bank including Wells Fargo Company, N.A. ("Wells Fargo"), and Plaintiffs James and Charlene Walker ("Plaintiffs", and together with Wells Fargo, the "Parties") hereby stipulate to extend the deadline for Wells Fargo to file its Reply in support of its Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion to Dismiss"), filed on April 26, 2019, from the current deadline, May 20, 2019, until June 3, 2019. This is the first request for an extension of time to reply in support of the Motion to Dismiss.

WHEREAS, Wells Fargo filed its Motion to Dismiss on April 26, 2019 [ECF No. 13];

WHEREAS, Plaintiffs filed their Opposition to the Motion to Dismiss on May 13, 2019 [ECF No. 14];

WHEREAS, the deadline for Wells Fargo to file its Reply in Support of Motion to Dismiss is May 20, 2019;

4851-3713-8071

WHEREAS, the Parties now stipulate and agree to extend the time for Wells Fargo to file its Reply in Support of the Motion to Dismiss for two weeks, from May 20, 2019 to June 3, 2019.

WHEREAS, this is the first request for an extension of time for Wells Fargo to file its Reply in Support of the Motion to Dismiss, is not intended to cause any delay or prejudice to any party, and is requested to allow Wells Fargo's counsel additional time to respond to Plaintiffs' Opposition.

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Wells Fargo to file a Reply in Support of the Motion to Dismiss is extended from May 20, 2019 to **June 3, 2019**.

Dated: May 15, 2019

SNELL & WILMER L.L.P.

*/s/Jennifer L. McBee*
Erica J. Stutman (NV Bar No. 10794)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252
*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: May 15, 2019

LAW OFFICE OF MALIK W. AHMAD

*/s/Malik W. Ahmad*
Malik W. Ahmad (NV Bar No. 10305)
8072 West Sahara Avenue, Suite A
Las Vegas, NV 89117
Phone: (702) 270-9100
Fax: (702) 233-9103
*Attorney for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of May, 2019.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Jennifer L. McBee*
Erica J. Stutman (NV Bar No. 10794)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant Wells Fargo Bank, N.A.*

4851-3713-8071

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2019, I electronically filed the foregoing **STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT TO JUNE 3, 2019 (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 15th day of May 2019.

/s/ Jill Math
An Employee of Snell & Wilmer L.L.P.

4851-3713-8071